B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of New York

In re: Latisha L Jones                                            Case No. 10-10364-1-rel

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Kondaur Capital Corporation, as Separate Trustee          CitiMortgage, Inc.
of Matawin Ventures Trust Series 2013-3
_____               _____
Name of Transferee                                        Name of Transferor

Name and Address where notices to transferee              Court Claim # (if known):  5-1
should be sent:                                           Amount of Claim:           $61,010.70
333 South Anita Drive, Suite 400                          Date Claim Filed:          03/05/2010
Orange, CA, 92868-3314

Phone:  8885663287                                        Phone:  (866)613-5636
Last Four Digits of Acct #:  0944                         Last Four Digits of Acct #:  5471

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andre Kalynuk-Topic                              Date: 2-26-14
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571